

EXHIBIT
1

CERTIFIED MAIL

NEOPOST
09/12/2019
US POSTAGE $006.80⁰

FIRST-CLASS MAIL

ZIP 48067
041M11272129

7018 1830 0000 1118 2564

Convergent
AKA Convergent Outsourcing Inc.
800 SW 39th St. Ste#100
Renton, WA 98057

98057349527 C005

44th District Court
P.O. Box 20
400 East Eleven Mile Rd.
Royal Oak, Michigan
48068-0020



# USPS Tracking®

FAQs >

## Track Another Package  ＋

**Tracking Number:** 70181830000011182564                    Remove ✕

Your item was delivered at 8:05 am on September 17, 2019 in RENTON, WA 98057.

## ✓ Delivered

September 17, 2019 at 8:05 am
Delivered
RENTON, WA 98057

**Get Updates** ∨

Feedback

| **Text & Email Updates** | ∨ |
|---|---|
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

| Approved, SCAO | Original - Court (with instructions)<br>1st copy - Defendant (with instructions) | 2nd copy - Plaintiff (with instructions)<br>3rd copy - Return (with proof of service) |
|---|---|---|

| STATE OF MICHIGAN<br>44TH JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO.<br>19-02931-SC |
|---|---|---|

Court address 400 E. 11 Mile Rd, ROYAL OAK, MI 48067

Court telephone no. (248)246-3600

See additional notice and instructions on the back of plaintiff and defendant copies.

1.
**Plaintiff** MICHELLE COLYER

**Address** 3132 MERRILL AVE

**City, state, zip** ROYAL OAK, MI 48073

**Telephone no.** (248)435-3945 (248) 990-7135

2.
**Defendant** CONVERGENT AKA Convergent Outsourcing Inc.

**Address** 800 SW 39TH STREET STE #100

(313)766-0069

**City, state, zip** RENTON, WA 98057.

**Telephone no.** (313)800-0620

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on

**Day** Tuesday  **Date** Oct. 22, 2019

at **Time** 11:30 AM at ☒ the court address above.

☐ Magistrate Dondra Clustin

**Location**

Fee paid: $ _____

**Process server's name**

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint
   has been previously filed in ☐ this court, ☐ _____ Court.
   It was given case number _____ and assigned to Judge _____
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ _____

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ _____

7. The date(s) the claim arose is/are  9/3/19, 9/6/19, 9/9/19, 8/26/19, 8/27/19, 8/30/19
   Attach separate sheets if necessary 8/20/19, 8/21/19, 9/23/19.

8. Amount of money claimed is $ 6,000 + COURT COSTS (Note: Plaintiff's costs are determined by the court and awarded as appropriate.
   They are not part of the amount claimed.)

9. The reasons for the claim are: VIOLATION OF TCPA.
   VIOLATIONS OCCURRED/OCCUR IN ROYAL OAK. SEE ATTACHED LIST OF VIOLATIONS.

10. The plaintiff understands and accepts that the claim is limited to $6,000 by law and that the plaintiff gives up the rights to
    (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

/s/
**Signature**

9-9-19

Subscribed and sworn to before me on _____, _____ County, Michigan.

My commission expires: 1-12-2022
**Date**

Signature: _Laura Ann Purcell_
**Deputy clerk/Notary public**

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 12/12/19
**Expiration date**

**DC 84** (12/17) **AFFIDAVIT AND CLAIM, Small Claims**

MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC App 521

RETURN

READ FOR FILING<br>2019 [...] 44TH DISTRICT COURT

**AFFIDAVIT AND CLAIM**
**Small Claims**
Case No.

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve this affidavit and claim no later than 7 days before the hearing date. You must make and file your return with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, or appointed court officer (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the affidavit and claim,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the affidavit and claim.

☐ together with ______________________ (Attachment), on the defendant(s):

| Defendant name | Complete address of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the affidavit and claim, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant name | Complete address of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| **Incorrect address fee** | **Miles traveled** | **Fee** | **TOTAL FEE** |
| $ | | $ | $ |

Signature ______________________

Name (type or print) ______________________

Title ______________________

Subscribed and sworn to before me on ______________ (Date), ______________ County, Michigan.

My commission expires: ______________ (Date) Signature: ______________________ (Deputy court clerk/Notary public)

Notary public, State of Michigan, County of ______________________

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the affidavit and claim, together with ______________ (Attachment)

______________________ on ______________________ (Day, date, time)

______________________ (Signature) on behalf of ______________________

## **VIOLATIONS**

1. The debt collector calls me several times per day or per week (have pictures and a call log).

2. **I am not the person that the debt collector is attempting to collect from.**

3. The debt collector did not identify himself/herself in all communications.

4. The debt collector calls me and does not leave messages.

5. The debt collector calls me from a number that comes up "private," "unknown," "out of area," or "restricted," on my caller ID.

6. **The debt collector continues to call me even though I told the collection company, in writing, to stop contacting me.  (Have proof they received the letter by certified mail and ignored it.)**

7. **The debt collector continues to call me even though I have called them and advised them I would be filing a lawsuit if they continued to call me and also advised them they had already violated paragraph #6, twice.**
**Talked to Eva Cortez, she stated she understood what I said.**
**But they continue to call. (Have a recording of the conversation.)**

## **VIOLATIONS**

1. The debt collector calls me several times per day or per week (have pictures and a call log).

2. **I am not the person that the debt collector is attempting to collect from.**

3. The debt collector did not identify himself/herself in all communications.

4. The debt collector calls me and does not leave messages.

5. The debt collector calls me from a number that comes up "private," "unknown," "out of area," or "restricted," on my caller ID.

6. **The debt collector continues to call me even though I told the collection company, in writing, to stop contacting me. (Have proof they received the letter by certified mail and ignored it.)**

7. **The debt collector continues to call me even though I have called them and advised them I would be filing a lawsuit if they continued to call me and also advised them they had already violated paragraph #6, twice.**
**Talked to Eva Cortez, she stated she understood what I said. But they continue to call. (Have a recording of the conversation.)**

44th District Court - Royal Oak & Berkley

# Case Detail

# Civil

**Case ID:** 19-03931SC-SC

**Judge of Record:** CHISHOLM, DONALD R.

**Case Status:** PENDING

**Balance:** $0.00

**Next Hearing:** 10/22/2019 11:30 AM - TRIAL

**Court Location:** 44TH ROYAL OAK

**Entitlement:** COLYER V CONVERGENT

**Date Filed:** 9/11/2019

## Parties

**Party Name:** COLYER, MICHELLE

**Attorney Name:**

**Answer Date:**

**Party Type/Number:** PLAINTIFF 1

**Service Date:**

---

**Party Name:** CONVERGENT

**Attorney Name:**

**Answer Date:**

**Disposition Date:**

**Party Type/Number:** DEFENDANT 1

**Service Date:** 09/17/2019

**Disposition:**

## Hearings

**No hearings found**

*Note: Civil, Traffic, Criminal, Domestic (Divorce/Family), Probate and Juvenile Traffic & Delinquency cases are available through this website depending on the type of court being searched. Neglect/Abuse cases will not be displayed.*

*Version: 1.0.0.0 (https://mijis.courts.michigan.gov/hc/en-us/articles/115002867928)*