# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

MICHELLE COLYER,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a foreign corporation,

    Defendant.

Case No. 2:19-cv-13009

Hon. Stephanie Dawkins Davis

| | |
|---|---|
| Jeremy M. Glapion (145972015 - NJ) <br> THE GLAPION LAW FIRM, LLC <br> 1704 Maxwell Drive <br> Wall, New Jersey 07719 <br> Tel: 732.455.9737 <br> Fax: 732.965.8006 <br> jmg@glapionlaw.com | DOBBS & NEIDLE, P.C. <br> Gregory R. Neidle (P59273) <br> Daniel J. Ammon (P50923) <br> Attorneys for Defendant <br> 30150 Telegraph Road, Suite 410 <br> Bingham Farms, MI 48025 <br> Phone: (248) 723-9511 <br> Fax: (248) 723-9531 |

## STIPULATION AND ORDER <br> <u>EXTENDING SCHEDULING ORDER</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, for the reason that the parties wish to extend dates because of the COVID-19 pandemic; that Defendant's counsel's office has effectively shut down with no staff on site; that there have been no prior extensions of the Scheduling Order; and that the

following dates set forth in the January 13, 2020 Scheduling Order are extended as follows:

WITNESS LIST:  7/1/2020

WITNESS LIST & REPORTS (EXPERT) FILED BY:

PLAINTIFF: 08/03/2020

DEFENDANT:  09/03/2020

DISCOVERY CUTOFF:  09/14/2020

DISPOSITIVE MOTIONS due:  10/14/2020

SETTLEMENT CONFERENCE:  12/2020

FINAL PRETRIAL ORDER and Motions in Limine due: 01/05/2021

FINAL PRETRIAL CONFERENCE RESET TO: 01/19/2021 at 2:30 pm

JURY TRIAL RESET TO: 02/02/2021 at 9:00 a.m.

All other provisions of the Scheduling Order remain in effect, unless and until changed by the Court.

Stipulated and Agreed to by:

/s/ Jeremy M. Glapion *(with consent)*
Jeremy M. Glapion (145972015 - NJ)
Attorney for Plaintiff
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737

<u>/s/ Gregory R. Neidle</u>
Gregory R. Neidle (P59273)
DOBBS & NEIDLE, P.C.
Attorneys for Defendant
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Email: gneidle@dobbsneidle.com

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE COLYER,

    Plaintiff,

v.

CONVERGENT OUTSOURCING,
INC., a foreign corporation,

    Defendant.

Case No. 2:19-cv-13009

Hon. Stephanie Dawkins Davis

| Jeremy M. Glapion (145972015 - NJ)<br>THE GLAPION LAW FIRM, LLC<br>1704 Maxwell Drive<br>Wall, New Jersey 07719<br>Tel: 732.455.9737<br>Fax: 732.965.8006<br>jmg@glapionlaw.com | DOBBS & NEIDLE, P.C.<br>Gregory R. Neidle (P59273)<br>Daniel J. Ammon (P50923)<br>Attorneys for Defendant<br>30150 Telegraph Road, Suite 410<br>Bingham Farms, MI 48025<br>Phone: (248) 723-9511<br>Fax: (248) 723-9531 |
|---|---|

## ORDER EXTENDING SCHEDULING ORDER

This matter comes before the Court by the stipulation of the parties, the Court otherwise having been advised by the stipulation of the parties, the Court orders that the following dates set forth in the January 13, 2020 Scheduling Order are extended as follows:

WITNESS LIST:  <u>7/1/2020</u>

WITNESS LIST & REPORTS (EXPERT) FILED BY:

PLAINTIFF: 08/03/2020

DEFENDANT:  09/03/2020

DISCOVERY CUTOFF:  09/14/2020

DISPOSITIVE MOTIONS due:  10/14/2020

SETTLEMENT CONFERENCE:  12/2020

FINAL PRETRIAL ORDER and Motions in Limine due: 01/05/2021

FINAL PRETRIAL CONFERENCE RESET TO: 01/19/2021 at 2:30 pm

JURY TRIAL RESET TO: 02/02/2021 at 9:00 a.m.

All other provisions of the Scheduling Order remain in effect, unless and until changed by the Court.

**IT IS SO ORDERED.**

Dated: March 31, 2020                                s/Stephanie Dawkins Davis
                                                     Stephanie Dawkins Davis
                                                     U. S. District Judge